IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00407-PAB-CBS

QFA ROYALTIES LLC and
THE QUIZNO'S MASTER LLC,

    Plaintiffs,

v.

TASTY SUB ENTERPRISES, INC.,
BEST SUB ENTERPRISES, INC.,
ABBAS GHANEI, and
AZITA GHANEI,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the parties' Stipulated Motion for Dismissal With Prejudice [Docket No. 80]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion for Dismissal With Prejudice [Docket No. 80] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 14, 2015.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge